**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

LIANNE LIEBOWITZ,

        Plaintiff,

      v.

COLLIERS INTERNATIONAL USA, LLC
and KRISTIN LEWIS,

        Defendants.

Case No. 3:26-cv-00547-KAD

Date: June 9, 2026

## DEFENDANTS COLLIERS INTERNATIONAL USA, LLC AND KRISTIN LEWIS'S MOTION TO DISMISS COUNT ONE AND COUNT THREE OF THE COMPLAINT

International USA, LLC ("Colliers") and Kristin Lewis ("Lewis") (collectively "Defendants") submit this Memorandum of Law in Support of Its Motion to Dismiss Count One and Count Three of Plaintiff Lianne Liebowitz's ("Plaintiff") Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12 (b)(6). The Complaint alleges that Colliers approved her request for medical leave but she was not reinstated at the conclusion of her leave. The claims are insufficiently pled and are duplicative of Plaintiff's FMLA and CT FMLA retaliation claims (Count Two and Count Four). Therefore, Plaintiff's claims of interference in violation of the federal Family Medical And Leave Act ("FMLA") (Count One) and interference in violation of Connecticut's Family Medical And Leave Act ("CT FMLA") (Count Two) are subject to dismissal as a matter of law.

For these reasons and those set forth in Defendants' Memorandum of Law, Defendants respectfully requests that the Court dismiss, with prejudice, Count One and Count Three of Plaintiff's Complaint.

Dated: June 9, 2026

Respectfully submitted,

COLLIERS INTERNATIONAL USA, LLC,
and KRISTIN LEWIS,

*/s/ Anthony S. Califano*
Anthony S. Califano (ct27323)
acalifano@seyfarth.com
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

## CERTIFICATE OF SERVICE

I, Anthony S. Califano, hereby certify that on June 9, 2026, I caused a true and accurate copy of the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anthony S. Califano*
Anthony S. Califano

2