**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LIANNE LIEBOWITZ, <br><br> Plaintiff, <br><br> v. <br><br> COLLIERS INTERNATIONAL USA, LLC, and KRISTIN LEWIS, <br><br> Defendants. | Case No. 3:26-cv-00547-KAD <br><br> Date: June 9, 2026 |

**COLLIERS INTERNATIONAL USA, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Colliers International USA, LLC makes the following disclosure:

Colliers International USA, LLC is a direct wholly-owned subsidiary of Colliers International Holdings (USA), Inc. Colliers International Holdings (USA), Inc. is a direct wholly-owned subsidiary of Colliers International Group, Inc. No publicly held corporation owns 10% or more of Colliers International Group, Inc.'s stock.

Dated: June 9, 2026

Respectfully submitted,

COLLIERS INTERNATIONAL USA, LLC, and KRISTIN LEWIS,

*/s/ Anthony S. Califano*
Anthony S. Califano (ct27323)
acalifano@seyfarth.com
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

**<u>CERTIFICATE OF SERVICE</u>**

I, Anthony S. Califano, hereby certify that on June 9, 2026, I caused a true and accurate copy of the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anthony S. Califano*
Anthony S. Califano