**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LIANNE LIEBOWITZ,<br><br>     Plaintiff,<br><br>  v.<br><br>COLLIERS INTERNATIONAL USA, LLC and KRISTIN LEWIS,<br><br>     Defendants. | Case No. 3:26-cv-00547-KAD<br><br><br>Date: June 9, 2026 |

## <u>NOTICE OF APPEARANCE</u>

Kindly enter the appearance of Anthony S. Califano of Seyfarth Shaw LLP, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendants Colliers International USA, LLC and Kristin Lewis in connection with the above captioned action.

DATED:  June 9, 2026

Respectfully submitted,

COLLIERS INTERNATIONAL USA, LLC, and KRISTIN LEWIS,

By: */s/ Anthony S. Califano*

    Anthony S. Califano (ct27323)
    acalifano@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts 02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

**<u>CERTIFICATE OF SERVICE</u>**

I, Anthony S. Califano, hereby certify that on June 9, 2026, I caused a true and accurate copy of the foregoing document to be electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anthony S. Califano*
Anthony S. Califano

2