**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LIANNE LIEBOWITZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COLLIERS INTERNATIONAL USA, LLC,<br>and KRISTIN LEWIS,<br><br>        Defendants. | Case No. 3:26-cv-00547-KAD<br><br>Date: June 24, 2026 |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE**
**RESPONSIVE PLEADING AND FOR PLAINTIFF TO FILE OPPOSITION THERETO**

Defendants Colliers International USA, LLC ("Colliers") and Kristin Lewis (collectively "Defendants") and Plaintiff Lianne Liebowitz ("Plaintiff") (collectively the "Parties"), by and through their attorneys, hereby jointly move to extend deadlines relating to Defendants' responsive pleading. Defendants request an extension of time to respond to the Amended Complaint, by fourteen (14) days through July 20, 2023. Plaintiff requests an extension of time to file any response to Defendants' responsive pleading by fourteen (14) days through August 24, 2026. As grounds for this motion, the Parties state as follows:

1.     Plaintiff filed her Complaint with this Court on April 9, 2026. (ECF No. 1.)

2.     On April 13, 2026, Defendants executed a waiver of service, to be effective April 10, 2026. (ECF No. 10.)

3.     On June 9, 2026, Defendants filed a Motion to Dismiss Counts I and III of Plaintiff's Complaint. (ECF Nos. 15-16.)

4.     On June 22, 2026, Plaintiff filed an Amended Complaint, which contains additional Counts. (ECF No. 19).

5. Defendants' response to the Amended Complaint is currently due on July 6, 2026. However, counsel for Defendants, Mr. Califano, will be out of the country on a pre-planned vacation from June 24, 2026 through July 3, 2026, and will return to the office on Monday, July 6, 2026. *Pro hac vice* counsel for Defendants, Mr. Kelleher, will also be out of the office on a pre-planned vacation during that same time period.

6. As such, counsel for Defendants require a brief extension of time to prepare Defendants' responsive pleading to Plaintiff's Amended Complaint.

7. Plaintiff's response to any motion Defendants may file on July 20, 2026 would be due on August 10, 2026. Due to Plaintiff's counsel's scheduling conflicts, Plaintiff also requires an extension of time from August 10, 2026 to August 24, 2026 to file a response to Defendants' anticipated motion to dismiss.

8. This is the Parties' first request for an extension of time in this matter and the extension sought will not prejudice any party.

WHEREFORE, the Parties respectfully request that the Court grant an extension of time for: (i) Defendants to answer or otherwise respond to Plaintiff's Amended Complaint, from July 6, 2026 up to and including July 20, 2026; and (ii) for Plaintiff to file a response to Defendants' anticipated motion to dismiss, from August 10, 2026 (based on Defendants' anticipated July 20, 2026 filing date) to August 24, 2026.

Dated: June 24, 2026

LIANNE LIEBOWITZ,

Respectfully submitted,

COLLIERS INTERNATIONAL USA, LLC, and KRISTIN LEWIS,

*/s/  Scott Grubin*
Zachary L. Rubin (ct30192)
zach@zlrlitigation.com
ZLR Litigation, PLLC
456 Glenbrook Rd, Suite 11 #638
Stamford, CT 06960
Telephone: (203) 212-9983

Scott G. Grubin (ct04774)
sgrubin@grubinlaw.com
Alex J Hartzband (*Pro hac vice)*
ahartzband@grubinlaw.com
Grubin Law Group PC
1270 Avenue of the Americas, Floor 7
New York, NY 10020
Telephone: (518) 956-3664

*/s/  Anthony S. Califano*
Anthony S. Califano (ct27323)
acalifano@seyfarth.com
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony S. Califano, hereby certify that on June 24, 2026, I caused a true and accurate copy of the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anthony S. Califano*
Anthony S. Califano